| | |
|---|---|
| 1 | **PAHL & McCAY**<br>A Professional Corporation |
| 2 | **Fenn C. Horton III, Esq.** (State Bar No. 119888)<br>**Helene A. Simvoulakis-Panos, Esq.** (State Bar No. 256334) |
| 3 | 225 West Santa Clara Street<br>Suite 1500 |
| 4 | San Jose, California 95113-1752<br>Telephone No.: (408) 286-5100 |
| 5 | Facsimile No.: (408) 286-5722<br>Email: fhorton@pahl-mccay.com |
| 6 | hsimvoulakis@pahl-mccay.com |
| 7 | Attorneys for Defendants<br>WORLDWIDE ENERGY AND MANUCATURING, INC. |
| 8 | and JEFF WATSON |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HWALIN CHENG, | ) | Case No. C-12-02233 CRB |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED]** |
| v. | ) ) | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| WORLDWIDE ENERGY AND MANUFACTURING, INC. LITTLER MENDELSON, P.C. JEFF WATSON, an individual, EUGENE RYU, an individual; and | ) ) ) ) ) ) | Action Filed: March 26, 2012<br>Trial Date: |
| Defendants. | ) ) ) ) ) ) | |

The parties hereby stipulate and agree that this action shall be dismissed in its entirety with prejudice, each side to bear his, her or its respective attorney's fees and costs, said dismissal to include both pending Complaint and Counterclaim, provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that any agreed consideration for the settlement has not been delivered, this order shall stand vacated and the action shall forthwith be restored on the calendar to be set for Case Management Conference.

///

---

1

**STIPULATION AND ORDER DISMISSING ACTION…** (Case No.C-12-02233 CRB)

SO STIPULATED:

Dated: May __, 2012

HWALIN CHENG

By: /s/ Hawlin Cheng
Hawlin Cheng
Plaintiff, Appearing Pro Se

SO STIPULATED:

Dated: May 23, 2012

PAHL & McCay
A Professional Corporation

By: /s/
Fenn C. Horton III
WORLDWIDE ENERGY AND
MANUCATURING, INC. and
JEFF WATSON

## ORDER APPROVING STIPULATION AND DISMISSING ENTIRE ACTION WITH PREJUDICE

The foregoing stipulation is approved and IT IS SO ORDERED. This action is hereby dismissed with prejudice, each side bearing his, her or its respective attorney's fees and costs, said dismissal to include both the pending Complaint and Counterclaim, provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that any agreed consideration for the settlement has not been delivered, this order shall stand vacated and the action shall forthwith be restored on the calendar to be set for Case Management Conference.

Dated: __june 1, 2012_____

Judge [signature]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Pahl & McCay
A Professional Corp
225 W Santa Clara
Suite 1500
San Jose, CA 95113
(408) 286-5100

3938/001
00255954.DOCX